IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS; ET AL., | ) ) ) | CV 11-00125 SOM-BMK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| ELIMA ENGINEERING; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, | ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 18, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 7, 2011.



      /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

HAWAII CARPENTERS TRUST FUNDS; ET AL. v. ELIMA ENGINEERING
CV 11-00125 SOM-BMK
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION